IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TOMMIE BURR,<br><br>            Defendant.<br>_____ | Mag. No. 06-208-KJM<br><br>ORDER RE: TRANSPORTATION<br>AND SUBSISTENCE PURSUANT<br><u>TO 18 U.S.C. §4285</u> |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to furnish the above named TOMMIE BURR, with transportation from Sacramento, California to the place of his initial appearance in the Superior Court of the District of Columbia, Criminal Division, Washington, D.C. on Wednesday, July 18, 2007 at 11:30 a.m. before Judge Eugene Hamilton (Criminal numbers F1125-79 and F4703-81).  It will be necessary for Mr. Burr to arrive in Washington, D.C., on Tuesday, July 17, 2007, to timely make his appearance in court on the morning of Wednesday, July 18, 2007.  In addition, the United States Marshal must furnish Mr. Burr with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Burr is financially unable to be in Washington, D.C., on Wednesday,

1

July 18, 2007 on this date without transportation and subsistence expenses.  Mr. Burr will also need transportation, for his return to Sacramento, California, after the initial appearance on Wednesday, July 18, 2007.[1]  This is authorized pursuant to 18 U.S.C. § 4285.

    IT IS SO ORDERED.

DATED: July 11, 2007

_____
EDMUND F. BRENNAN
U.S. Magistrate Judge

---

[1] Unless otherwise ordered by Judge Hamilton.

2